# CERTIFICATE OF SERVICE

As counsel to Zhejiang Jingli Bearing Technology Co., Ltd., I certify that on February 9, 2024, the attached document was filed electronically with the Court using the CM/ECF system. Accordingly, pursuant to the provisions of Administrative Order 02-01, such documents are deemed to have been electronically served on all parties to the proceeding.

*/s/ John J. Kenkel*

John J. Kenkel